IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **INGRID VINASCO, individually and on behalf of similarly situated individuals** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-03575 |
| **F&E AIRCRAFT MAINTENANCE, LLC** | § § § | |
| **Defendant,** | § § | |

## JOINT REPORT TO THE COURT
## REGARDING CONDITIONAL CERTIFICATION

Plaintiff Ingrid Vinasco ("Plaintiff") and Defendant F&E Aircraft Maintenance (Miami), LLC ("FEAM" or "Defendant") file this Joint Report to the Court Regarding Conditional Certification.

The Parties have reached an agreement regarding conditional certification. The Parties are jointly preparing the requisite draft Notice and will provide it to the Court for consideration on or before May 7, 2021.

Dated: April 23, 2021                                                                                                  Respectfully submitted,

| | |
|---|---|
| */s/ *Teresa Valderrama*  * | */s/ Trang Q. Tran* |
| **Teresa Valderrama** | **Trang Q. Tran** |
| Attorney-in-Charge | State Bar No. 00795787 |
| State Bar No.20422500 | Federal I.D.: 20361 |
| Federal No. 10687 | **Tran Law Firm** |
| **Hollie Reiminger** | 2537 S. Gessner Road, Suite 104 |
| State Bar No. 24060559 | Houston, Texas 77063 |
| S.D. No. 1037349 | (713) 223-8855 Telephone |
| **Fisher & Phillips LLP** | Email: trang@tranlf.com |
| 910 Louisiana Street, Suite 4000 | **ATTORNEY FOR PLAINTIFF** |
| Houston, Texas  77002 | |
| (713) 292-0150 | |
| (713) 292-0151 - Fax | |
| Email:  tvalderrama@fisherphillips.com | |
| Email:  hreiminger@fisherphillips.com | |

**ATTORNEYS FOR DEFENDANT**
**\*Signed with permission \***

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case, as follows:

Teresa Valderrama (*tvalderrama@fisherphillips.com*)
Hollie L. Reiminger (*hreiminger@fisherphillips.com*)
Fisher & Phillips LLP
910 Louisiana Street, Suite 4000
Houston, Texas 77002

**ATTORNEYS FOR DEFENDANT**

     /s/ *Trang Q. Tran*
     TRANG Q. TRAN
     Counsel for Plaintiff